UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDALL HOMRICH,

      Plaintiff,

v.

      Case No. 1:13-cv-480
      Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

    **IT IS SO ORDERED.**


Dated:  September 23, 2014      /s/ Hugh W. Brenneman, Jr.
      HUGH W. BRENNEMAN, JR.
      United States Magistrate Judge